UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate's Case No. _____ |
| VS. ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| Fernando MIRANDA-Garcia ) | 21 U.S.C. 952, 960 - |
| ) | Importation of a Controlled |
| ) | Substance. |

'08 MJ 2123

FILED
2008 JUL 14 AM 9:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant being duly sworn states:

COUNT ONE

That on or about July 13, 2008, within the Southern District of California, defendant Fernando MIRANDA-Garcia, did knowingly and intentionally import 531.64 pounds of marijuana, a Schedule 1 Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Sean Herod, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 14th day of July 2008.

United States Magistrate Judge

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

PROBABLE CAUSE STATEMENT

I declare under penalty of perjury the following statement is true and correct.

On July 13, 2008 at approximately 7:00 AM., Mr. Fernando MIRANDA-Garcia, a Mexican citizen, entered the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego California in a 1983 Motor Coach Industries Charter Bus bearing U.S. California plates 7X43153. During primary inspection at lane 1, U.S. Customs and Border Protection (CBP) Officer M. Gabbard came in contact with the vehicle and the driver. CBP Officer Gabbard identified the driver Fernando MIRANDA-Garcia utilizing MIRANDA'S Mexican Passport.

Thereafter, CBP Officer Gabbard instructed MIRANDA to pull forward and park the bus. CBP Officer Gabbard then conducted a visual inspection of the bus. During the inspection CBP Officer Gabbard shined his flashlight into the bus' forward floorboard vent area and noticed a few plastic cellophane wrapped packages. CBP Officer Gabbard then asked CBP Canine Enforcement Officer C. Petrach for assistance. CBP Officer Petrach then utilized his Human/Narcotics Detector Dog (NHDD) "Kazan" and "Kazan" alerted to the vent area. The bus was then referred to the Secondary Inspection area.

At approximately 7:30 AM, CBP Officer A. Brown was assigned to be the seizing officer of the bus bearing California license

plate number 7X43153. The bus was x-rayed and the x-ray showed inconsistencies in the floor board and behind the front tires. CBP Officer Brown then removed a total of 68 packages weighing approximately 531.64 pounds. CBP Officer Brown removed 15 packages from behind the air conditioning unit, 31 packages from the floor board and 22 packages from the gas tank. CBP Officer Brown probed one of the packages, which revealed a green leafy substance that field-tested positive for marijuana.

On July 13, 2008 at approximately 12:55 PM., U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) S. Herod and San Diego Police Department (SDPD) Detective M. Rubio contacted MIRANDA, the driver of the bus. Detective Rubio advised MIRANDA of his constitutional rights per Miranda in the Spanish language reading directly from a preprinted form, which was witnessed by SA Herod. At approximately 12:59 PM, MIRANDA stated that he understood his rights and stated that he was willing to answer questions and signed the Acknowledgement of Rights form in the Spanish language. During the video recorded interview, MIRANDA denied knowledge of the marijuana, and stated that he was being paid $100.00 to drive the bus into the United States from the Republic of Mexico.

MIRANDA stated that he met a man named "Roberto" at a bar in Tijuana, Mexico and "Roberto" asked MIRANDA if he could drive a bus across the border for $100.00, which MIRANDA agreed to do.

MIRANDA then stated that he picked the bus up at about 6:30 AM on the morning of July 13, 2008 near the Otay Mesa Port of Entry on the Mexican side of the border. MIRANDA stated that "Roberto" was then going to meet him at a mall in San Diego and take the bus from there. MIRANDA continued to deny knowledge of the marijuana.

MIRANDA was arrested and charged with violation of Title 21 United States Code, Sections 952 and 960. MIRANDA was arrested and booked into the Metropolitan Correctional Center in San Diego, California. The marijuana, bus, and MIRANDA'S cell phone were seized by the U.S. Customs and Border Protection.

Sean Herod, Special Agent

DHS/ICE/DSAC San Ysidro