FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2648-DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| FERNANDO MIRANDA-GARCIA, | ) 960 - Importation of Marijuana |
| Defendant. | ) (Felony) |

The United States Attorney charges:

On or about July 13, 2008, within the Southern District of California, defendant FERNANDO MIRANDA-GARCIA, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 241.65 kilograms (531.64 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 12, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
7/30/08